# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

D. BRIAN GOZA WILBOURNE,

    Plaintiff,

v.                                                     Case No: 4:08-CV-107

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

    Defendant.

## ORDER

This matter comes before the Court on an Unopposed Motion to Transfer this Action to the United States District Court for the Northern District of Mississippi, Eastern Division, No. 1:08-CV-107-A-D, filed by Defendant American General Life Insurance Company.

The Court finds that this motion is well taken and should be granted. It is hereby ADJUDGED and ORDERED that this action, in its entirety, is now transferred to the United States District Court for the Northern District of Mississippi, Eastern Division, Case 1:08-CV-217-A-D, *D. Brian Goza Wilbourne v. American General Life Insurance Company v. D. Brian Goza Wilbourne and Lynne Goza.*

SO ORDERED, this the 31st day of October, 2008.

                                                  s/ HENRY T. WINGATE
                                                  CHIEF UNITED STATES DISTRICT JUDGE